**Warren J. DARICK, Plaintiff–
Appellant,**

v.

**Ray K. KAMIKAWA, in his individual,
and in his official and administrative
capacity as Director Hawaii State Department of Taxation.; et al., Defendants–Appellees.**

No. 02–15597.

D.C. No. CV–01–00646–SPK(BMK).

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM **

Warren J. Darick appeals pro se the district court's judgment dismissing his action for declaratory and injunctive relief, alleging the state denied him due process by filing tax liens against his property without notice, thereby preventing him from refinancing his home. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for lack of subject matter jurisdiction, *Ass'n of Am. Medical Colleges v. United States*, 217 F.3d 770, 778 (9th Cir.2000), and we affirm.

The district court properly held that the Tax Injunction Act, 28 U.S.C. § 1341, deprived it of jurisdiction because the state court system provided "plain, speedy, and efficient" remedies. *See Jerron West, Inc. v. Cal. Bd. of Equalization*, 129 F.3d 1334, 1338 (9th Cir.1997); *Air Polynesia, Inc. v. Freitas*, 742 F.2d 546, 548 (9th Cir.1984) (holding Hawaii law provides an adequate remedy under the Tax Injunction Act).

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.